In the Matter of FRANK J. POVOSKI, JR., Appellant, v BRIAN FIS-CHER, as Commissioner of Corrections and Community Supervision, et al., Respondents.

Decided September 13, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

ALICE PUTNEY et al., Appellants, v THE PEOPLE OF THE STATE OF NEW YORK, Acting By and Through the POWER AUTHORITY OF THE STATE OF NEW YORK, et al., Respondents.

Decided September 13, 2012

Appeal, insofar as taken from that part of the Appellate Division order that affirmed so much of Supreme Court's order as dismissed the complaint, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the remainder of the Appellate Division order does not finally determine the action within the meaning of the Constitution.

RANDY SCHWIND, Appellant, v MEL LANY CONSTRUCTION MANAGE-MENT CORP. et al., Defendants, and CHARLENE KHAGHAN, Respondent.

Submitted July 23, 2012; decided September 13, 2012

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).